

The following constitutes the order of the court.
Signed July 19, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Darren Eugene Wassell,

       Debtor.

No. 16-41139

Chapter 13

**MEMORANDUM RE DEBTOR'S *MOTION TO REINSTATE***

The case was dismissed on July 8, 2016 due to Debtor's failure to submit tax returns to Martha Bronitsky, the Chapter 13 Trustee ("Trustee"). On July 15, 2016, Debtor filed a *Motion to Reinstate*, which requested that the dismissal be vacated. The Trustee filed an opposition to Debtor's *Motion*. The Trustee asserts that Debtor has failed to show grounds to vacate the dismissal.

If Debtor wishes to pursue his *Motion*, he must set the matter for a hearing. Debtor can set the matter for a

1

hearing by following the Court's open calendar procedures for chapter 13 cases.

**\*END OF MEMORANDUM\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Darren Eugene Wassell |
| 3 | 218 Still Creek Rd<br>Danville, CA 94506 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |